**Order entered March 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01613-CV

**MIKOB PROPERTIES, INC., ALLAN KLEIN, AND MITCHELL KOBERNICK, Appellants**

**V.**

**DAVID JOACHIM, INTERNATIONAL REALTY CONCEPTS, INC., AND H.S. JOACHIM FAMILY LIMITED PARTNERSHIP LTD., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-01602**

## ORDER

Appellants' unopposed second motion for extension of time to file their brief is

**GRANTED**. Appellants' brief is now due on or before **Wednesday**, **April 30, 2014**.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE